**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **T. G.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-CV-28 (MTT)** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Plaintiff moves the Court for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF 18. United States Magistrate Judge Charles H. Weigle recommends that the motion for attorney's fees (ECF 18) be granted. ECF 19 at 1–2. The parties did not object,[1] so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 19) is **ADOPTED** and made the Order of the Court. Accordingly, Plaintiff's unopposed motion for attorney's fees pursuant to § 2412(d) is **GRANTED** and Plaintiff is hereby awarded $12,000 in attorney's fees.

**SO ORDERED**, this 30th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

[1] The motion is unopposed, and the requested amount is reasonable and represents a compromise agreed to by the parties. ECF 18 at 1; 19 at 1.