IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRI GREENE, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00028-MTT-CHW |
| | * | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to the Order of this Court filed October 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,000.

This 2nd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk